WILMER CUTLER PICKERING
HALE AND DORR LLP

RECEIVED SEP - 8 2005

★ SEPT 13 2005 ★

BROOKLYN OFFICE

September 8, 2005

Shoshana Gillers

399 PARK AVENUE
NEW YORK, NY 10022
+1 212 230 8841
+1 212 230 8888 fax
shoshana.gillers@wilmerhale.com

**BY HAND**

The Honorable John Gleeson
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Room 456
Brooklyn, New York 11201

Re: <u>Prado-Cortes v. Ashcroft</u>
No. 03 CV 6058

Dear Judge Gleeson:

    We represent the Petitioner, Maribel Prado-Cortes, in the above-captioned matter. The parties previously informed the Court that Ms. Prado-Cortes's N-600 application for a certificate of citizenship was granted on August 23, 2004. As per this Court's September 1, 2004 order, this case has been held in abeyance while the parties jointly sought to resolve administratively the outstanding order of removal.

    Counsel has just learned that the Board of Immigration Appeals granted the parties' Joint Motion to Reopen and Terminate Removal Proceedings. Accordingly, Ms. Prado-Cortes has today electronically filed a Notice of Withdrawal of Petition for Writ of Habeas Corpus, a courtesy copy of which is attached.

    Respectfully Submitted,

Shoshana L. Gillers

*The Clerk is directed to close the case. So ordered.*

Enc.

s/John Gleeson

cc: Margaret M. Kolbe, Assistant United States Attorney (BY FACSIMILE)

JSG
9-8-05